1  STEPHEN ZELLER, Bar No. 265664
   szeller@shanleyapc.com
2  CASEY JENSEN, Bar No. 263593
   cjensen@shanleyapc.com
3  SHANLEY, a Professional Corporation
   533 S. Fremont Avenue, Ninth Floor
4  Los Angeles, California 90071-1706
   Telephone: (213) 488-4100
5  Telecopier: (213) 488-4180

6  ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST
   ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES
7  FOR THE CARPENTERS SOUTHWEST TRUSTS

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10                        WESTERN DIVISION

11

12  CARPENTERS SOUTHWEST          )  CASE NO. 2:13-cv-02098-CBM-
    ADMINISTRATIVE CORPORATION,   )  PJW
13  a California non-profit corporation; and  )
    BOARD OF TRUSTEES FOR THE     )
14  CARPENTERS SOUTHWEST TRUSTS,  )  RENEWAL OF
                                  )  JUDGMENT BY CLERK
15                  Plaintiffs,   )
                                  )
16  v.                            )
                                  )
17  JL CONTRACTING & SERVICE, INC., a )
    California corporation; JAMES LEE )
18  LUNA, an individual; and DOES 1  )
    through 10, inclusive,        )
19                                )
                    Defendants.   )
20  _____)

21

22         The judgment debtor, JAMES LEE LUNA, an individual,

23  ("INDIVIDUAL") having judgment entered against him on July 14, 2014.

24         NOW, upon application of CARPENTERS SOUTHWEST

25  ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE

26  CARPENTERS SOUTHWEST TRUSTS, ("CARPENTERS TRUSTS"), and upon

27  declaration that INDIVIDUAL has failed to pay the total amount of said judgment;

28  and that INDIVIDUAL is indebted to CARPENTERS TRUSTS.

That judgment against INDIVIDUAL be renewed in the amount of $6,589.82 and that CARPENTERS TRUSTS recover as follows:

Judgment as entered:

| | | | | |
|---|---|---|---|---:|
| a. | Principal | ................................................................... | $ | 5,061.02 |
| b. | Judgment interest | .......................................................... | $ | 751.32 |
| c. | Costs | ............................................................................ | $ | 0.00 |
| d. | Attorney Fees pursuant to Local Rule 14.12 | ............... | $ | 706.10 |
| Subtotal (Judgment as entered) | | ......................................................... | $ | 6,518.44 |
| e. | Less credits after judgment | ........................................... | $ | 0.00 |
| f. | Interest after judgment computed from July 14, 2014 through June 7, 2024 at 0.11% ($0.02 per day) | ............................................. | $ | 71.38 |
| g. | Subtotal . | ...................................................................... | $ | 6,589.82 |
| h. | Costs after judgment | .................................................... | $ | 0.00 |
| Total Renewed Judgment | | ................................................................. | $ | 6,589.82 |

DATED:    June 10, 2024

_Sharon Hall Brown_
DEPUTY CLERK
UNITED STATES DISTRICT COURT

Presented by:

SHANLEY, a Professional Corporation

BY: _____
STEPHEN ZELLER
Attorneys For Judgment Creditors,
Carpenters Southwest Administrative
Corporation and Board of Trustees
For the Carpenters Southwest Trusts

2

## PROOF OF SERVICE
### (USDC Case No.  2:13-cv-02098-CBM-PJWx
### (Carpenters v. JL Contracting & Service, etc.)

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action.  My business address is:  SHANLEY, a Professional Corporation, 533 S. Fremont Avenue, Ninth Floor, Los Angeles, California 90071-1706.

On June 7, 2024, I served a copy of the foregoing document, described as:
**[PROPOSED] RENEWAL OF JUDGMENT BY CLERK**

**on defendant, addressed as follows**:

      James Lee Luna, an individual
      (home address redacted)
      Red Oak, IA 51566-1212

in said action, by placing [X] a true copy thereof, [ ] an original enclosed in sealed envelope(s).

**[X]    (BY DEPOSIT FOR COLLECTION)**    I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing.  Under that practice, mail would be deposited with the United States Postal Service on that same day with postage thereon fully prepared at Los Angeles, California in the ordinary course of business.  Following ordinary business practices, I caused such envelope(s), with postage thereon fully prepaid to be placed for collection and mailing.

I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

### Executed on June 7, 2024, at Los Angeles, California.

**[X]    (FEDERAL)**  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

                 _____
                 Lucy J. Moure-Pasco